1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

KENNETH BRIAN PAYTON,

                  Plaintiff,

    v.

DAN ANDREWS, et al.,

                  Defendants.

CASE NO. C18-271 JCC-BAT

**REPORT AND RECOMMENDATION**

On February 22, 2018, plaintiff, who was then a Snohomish County Jail prisoner, submitted a *pro se* 42 U.S.C. § 1983 civil rights complaint. Dkt. 1. The same day, the clerk mailed plaintiff a letter advising him that his application to proceed *in forma pauperis* was deficient and he had until March 26, 2018 to cure the deficiency. Dkt. 2. The clerk's letter was returned as undeliverable because plaintiff had been released from custody. Dkt. 3.

Local Rule CR 10(f) requires represented and unrepresented parties to notify the Court of any change of address or telephone number within ten days of the change. Local Rule CR 41(b)(2) further provides:

> A party proceeding pro se shall keep the court and opposing parties advised as to his current address. If mail directed to a pro se plaintiff by the clerk is returned by the Post Office, and if such plaintiff fails to notify the court an opposing parties within 60 days thereafter of his current address, the court may dismiss the action without prejudice for failure to prosecute.

REPORT AND RECOMMENDATION - 1

Here, plaintiff has had no contact with the Court since he submitted his civil rights complaint in February 2018. His last known address is invalid and the Court has not received any information from plaintiff as to his current whereabouts. The Court accordingly recommends the case be dismissed without prejudice under Local Rule CR 41(b)(2).

## OBJECTIONS AND APPEAL

If plaintiff objects to this recommendation, he must file his objections not later than **May 1, 2018.** The Clerk shall note the matter for **May 4, 2018**, as ready for the District Judge's consideration. Objections shall not exceed five pages. The failure to timely object may affect the right to appeal. If plaintiff submits a sufficient application to proceed *in forma pauperis* or pays the $450.00 filing fee, the court recommends that matter be re-referred to United State Magistrate Judge Brian Tsuchida.

The Clerk shall send copies of this order to plaintiff and to the Honorable John C. Coughenour.

DATED this 16th day of April, 2018.

_____
BRIAN A. TSUCHIDA
United States Magistrate Judge

REPORT AND RECOMMENDATION - 2