UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

KENNETH BRIAN PAYTON,

    Plaintiff,

v.

DAN ANDREWS, *et al.*,

    Defendants.

Case No. C18-0271-JCC

**ORDER OF DISMISSAL**

This matter comes before the Court, on Plaintiff's proposed complaint (Dkt. 1) and the report and recommendation of United States Magistrate Judge Brian A. Tsuchida (Dkt. No. 4). Having reviewed the relevant record, the Court hereby ORDERS:

(1) The Court ADOPTS the report and recommendation;

(2) The proposed complaint (Dkt. 1) is DISMISSED without prejudice;

(3) The Clerk of Court is DIRECTED to send copies of this order to Plaintiff.

DATED this 15th day of May 2018.

*[signature]*

JOHN C. COUGHENOUR
United States District Judge

ORDER OF DISMISSAL
CASE NO. C18-0271-JCC
PAGE - 1